Susan J. Olson, SBN 152467
Ronald L. Richman, SBN 139189
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: susan.olson@bullivant.com
         ron.richman@bullivant.com
         heather.zacharia@bullivant.com

Attorneys for Plaintiff Board of Trustees of the
Laborers Health and Welfare Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE LEE DRAYDEN, an individual; and A. MARIA DRAYDEN, an individual,<br><br>Defendants. | Case No.: 3:15-cv-01274-VC<br><br>**CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>Date:  June 16, 2015<br>Time:  10:00 a.m.<br>Loc.:  Ctrm. 4, 17th Floor<br>       450 Golden Gate Ave.<br>       San Francisco, CA  94102<br><br>**Before Hon. Vince Chhabria** |

Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California ("plaintiff") provides this case management statement.

On March 18, 2015, plaintiff filed its Complaint for Misrepresentation, Unjust Enrichment, Conversion, and Equitable Relief under ERISA ("Complaint") against defendants Eddie Lee Drayden and A. Maria Drayden, to recover monies wrongfully obtained by defendants. [See Document 1].

On March 27, 2015, defendant A. Maria Drayden was served with the Complaint. [See Document 10]. Soon thereafter, plaintiff and defendant A. Marie Draydan began settlement discussions. Currently, defendant A. Marie Drayden has counsel. The settlement discussions

1  between plaintiff and defendant A. Marie Drayden, through counsel, are ongoing and the parties
2  are in the process of finalizing a settlement.  Plaintiff believes that a settlement will be finalized
3  with defendant A. Maria Drayden by June 22, 2015.
4      As to defendant Eddie Lee Drayden, Mr. Drayden, was served on April 8, 2015.  [See
5  Document 11].  Initial settlement discussions with defendant Eddie Lee Drayden did not result
6  in settlement.  Plaintiff has had no further contact with defendant Eddie Lee Drayden.
7  Defendant Eddie Lee Drayden did not file a responsive pleading and plaintiff will proceed
8  against defendant Eddie Lee Drayden in default.
9      Based on the above, plaintiff respectfully requests that this Court continue to case
10 management conference for thirty (30) days to allow plaintiff and defendant A. Marie Drayden
11 to finalize a settlement, and to allow plaintiff to proceed in default against defendant Eddie Lee
12 Drayden.

DATED:  June 9, 2015

BULLIVANT HOUSER BAILEY PC


By  */s/ Heather J. Zacharia*
    Heather J. Zacharia

Attorneys for Plaintiff Board of Trustees of the
Laborers Health and Welfare Trust Fund for
Northern California

# ORDER

Based on the Plaintiffs' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the June 16, 2015, case management conference be continued to July 21, 2015 at 10:00 a.m., in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall file an updated case management conference statement no later than seven (7) days prior to the continued case management conference.

DATED: June 12, 2015

By: _____
HON. VINCE CHHABRIA
U.S. DISTRICT COURT JUDGE

15587829.1