Susan J. Olson, SBN 152467
Ronald L. Richman, SBN 139189
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: susan.olson@bullivant.com
        ron.richman@bullivant.com
        heather.zacharia@bullivant.com

Attorneys for Plaintiff Board of Trustees of the
Laborers Health and Welfare Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE LEE DRAYDEN, an individual; and A. MARIA DRAYDEN, an individual,<br><br>Defendants. | Case No.: 3:15-cv-01274-VC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:     August 25, 2015<br>Time:     10:00 a.m.<br>Location: Ctrm 4, 17th Floor<br>Before:   Hon. Vince Chhabria |

Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California ("Plaintiff") provides this case management statement.

On March 18, 2015, Plaintiff filed its Complaint for Misrepresentation, Unjust Enrichment, Conversion, and Equitable Relief under ERISA ("Complaint") against defendants Eddie Lee Drayden and A. Maria Drayden, to recover monies wrongfully obtained by defendants. [See Document 1.]

As to defendant A. Maria Drayden, on March 27, 2015, defendant A. Maria Drayden was served with the Complaint. [See Document 10.] A settlement has been reached with defendant A. Maria Drayden that includes a Stipulation for Entry of Judgment. Plaintiff filed

the Stipulation for Entry of Judgment against defendant A. Maria Drayden; Judgment on June 25, 2015. [See Document 18.] This court signed the Stipulation for Entry of Judgment against defendant A. Maria Drayden on July 10, 2015. [See Document 20.]

As to defendant Eddie Lee Drayden, Mr. Drayden, was served on April 8, 2015. [See Document 11.] Initial settlement discussions with defendant Eddie Lee Drayden did not result in settlement. Plaintiff has had no further contact with defendant Eddie Lee Drayden.

Defendant Eddie Lee Drayden did not file a responsive pleading. On June 9, 2015, Plaintiff requested the clerk's entry of default as to Mr. Drayden; on June 11, 2015, the Clerk of Court entered the default as to Eddie Lee Drayden. [See Document 16.] On June 12 and July 13, this Court continued the Case Management Conference at Plaintiff's request, to allow time for Plaintiff to file its Motion for Default Judgment. [See Documents 17, 22.] On August 10, 2015, Plaintiff filed its Motion for Default Judgment against defendant Eddie Lee Drayden, set for hearing on September 24, 2015. [See Documents 23-26.]

Based on the above, Plaintiff respectfully requests that this Court continue the case management conference for a date on or following the September 24, 2015, Plaintiff's Motion for Default Judgment.

DATED: August 17, 2015

BULLIVANT HOUSER BAILEY PC

By /s/ Heather J. Zacharia
  Heather J. Zacharia

Attorneys for Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California

15663356.1

# ORDER

Based on the Plaintiff's request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the August 25, 2015, case management conference be continued to October 6, 2015 at 10:00 a.m., in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall file an updated case management conference statement no later than seven (7) days prior to the continued case management conference.

DATED: August 20, 2015

By: _____
HON. VINCE CHHABRIA
U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 235 Pine Street, Suite 1500, San Francisco, CA 94104. I am over the age of 18 and not a party to this action. On August 17, 2015, I served the document(s) entitled:

**PLAINTIFF'S CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER THEREON**

upon the following party(ies):

Eddie Lee Drayden                              *Defendant*
362 Vine Street
Lemoore, CA  93245

☒  BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2015, at San Francisco, California.

_____
Kristina M. Clark